UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ANYSOURCE, INC., d/b/a RUNLAYER, Plaintiff, -v- PEOPLE CENTER, INC., d/b/a RIPPLING, Defendant. | : | 26cv6410 (DLC) ORDER |

DENISE COTE, District Judge:

Plaintiff Runlayer filed this action against defendant Rippling and moved for a preliminary injunction and expedited discovery in aid of arbitration on July 28, 2026. Rippling has not yet appeared in this action. Accordingly, it is hereby

ORDERED that the plaintiff shall serve the defendant with this Order, the complaint and summons, and the motion for a preliminary injunction and its supporting papers, and shall file proof of such service on ECF on or before **July 31, 2026**.

IT IS FURTHER ORDERED that the parties shall appear for a conference on **August 3, 2026** at **3:30 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
July 30, 2026

Denise Cote
DENISE COTE
United States District Judge