UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANYSOURCE, INC., d/b/a RUNLAYER,<br>Plaintiff,<br>-v-<br>PEOPLE CENTER, INC., d/b/a RIPPLING,<br>Defendant. | 26cv6410 (DLC)<br><br><u>ORDER</u> |

DENISE COTE, District Judge:

For the reasons discussed on the record during the August 3, 2026 conference, it is hereby

ORDERED that the plaintiff shall produce a list of discrete trade secrets for which it seeks expedited discovery by **August 4, 2026**.

IT IS FURTHER ORDERED that the parties shall confer with respect to what expedited discovery, if any, shall occur and notify the Court of their positions by **August 5, 2026**.

IT IS FURTHER ORDERED that the defendant shall submit their brief opposing plaintiff's motion for a preliminary injunction by **August 6, 2026**.

IT IS FURTHER ORDERED that, should no expedited discovery take place, plaintiff may file any reply brief by **August 10, 2026** and oral argument will be held on the motion for a preliminary injunction on **August 18, 2026** at **2:00 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New

York, New York 10007. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
August 3, 2026

DENISE COTE
United States District Judge