# KIRKLAND & ELLIS LLP

Joshua L. Simmons
To Call Writer Directly:
+1 212 446 4989
joshua.simmons@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

August 5, 2026

Granted.
Denise Cote
8/6/26

**VIA CM/ECF**

Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Anysource, Inc. v. People Center, Inc.*, No. 1:26-cv-06410-DLC

Dear Judge Cote:

Pursuant to Section 6 of the Electronic Case Filing Rules & Instructions, Defendant People Center, Inc. ("Rippling") respectfully submits this letter motion to file under seal portions of its letter regarding its position on expedited discovery.

This matter concerns Runlayer's allegations that Rippling misused confidential information and trade secrets in developing Rippling's MCP Gateway. Although judicial documents are presumptively accessible to the public, that presumption may be overcome by countervailing interests, including the protection of trade secrets. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20, 124–25 (2d Cir. 2006); *Binh Thanh Import Export Production & Trade Joint Stock Co. v. Amazon.com Services LLC*, No. 23 Civ. 292, 2024 WL 418139, at *1–2 (S.D.N.Y. Feb. 2, 2024) (sealing nonpublic technology-implementation and supply-chain strategy information whose disclosure could harm defendant's competitive standing). Although Rippling respectfully disagrees that any of the material Runlayer has identified is confidential or constitutes a trade secret, Rippling provisionally submits under seal, without conceding that sealing is warranted, material Runlayer has designated confidential or has asserted is a trade secret.

The Court previously granted a similar request by Runlayer. In addition, Rippling has met and conferred with Runlayer, which does not oppose this request. Accordingly, Rippling respectfully requests leave to file publicly redacted versions letter motion and exhibits under seal.

Sincerely,

Joshua L. Simmons