UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANYSOURCE, INC., d/b/a RUNLAYER,

Plaintiff,

-v-

PEOPLE CENTER, INC., d/b/a RIPPLING,

Defendant.

26cv6410 (DLC)

ORDER

DENISE COTE, District Judge:

Having reviewed the parties' submissions of August 5, 2026 regarding their positions on what expedited discovery, if any, should occur, and Runlayer's submissions having identified three purported "Trade Secrets," it is hereby

ORDERED that Runlayer's request for expedited discovery is denied, and the schedule set forth in the Order of August 3 shall remain in effect, in the event that the internally-created MCP Gateway product will be used exclusively by Rippling and only for Rippling's management of HR services that it provides to Rippling clients.

IT IS FURTHER ORDERED that, to the extent that Rippling intends to offer its internally-created MCP Gateway product for sale and use by others, the schedule set out in the Order of August 3 is vacated, except that Rippling's opposition brief remains due **today, August 6.** Runlayer is permitted the following expedited discovery:

1. Rippling's documents sufficient to show the conception, design, and development chronology of the "Relevant Rippling Functionality" (as defined in Exhibit A to Runlayer's August 5, 2026 submission), including the earliest dated planning, design, and implementation materials.

2. Rippling's documents sufficient to show the architecture, features, and functionality of the "Relevant Rippling Functionality."

3. One deposition of an individual of Runlayer's choice. That deposition is limited to five hours on the record and shall occur within 48 hours following the completion of the delivery of the above-described documents to Runlayer.

IT IS FURTHER ORDERED that, in the event discovery takes place and the documents are delivered to Runlayer no later than **Tuesday, August 11**, and the deposition occurs no later than **Thursday, August 13**, then Runlayer's reply brief is due **Monday, August 17**. Rippling may file a sur-reply no longer than five pages **by noon on Wednesday, August 19**. Oral argument will be held on **Thursday, August 20 at 2:00 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007. At the time any brief is filed, the authoring party shall supply Chambers with two (2) courtesy copies of all motion papers by delivering them to the United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that, in the event discovery takes place and the documents are not delivered to Runlayer by August 11, then the parties shall confer and submit their proposals for a revised schedule no later than **Thursday, August 13.**

Dated: New York, New York
August 6, 2026

DENISE COTE
United States District Judge