UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANYSOURCE, INC., d/b/a RUNLAYER,<br><br>Plaintiff,<br><br>-v-<br><br>PEOPLE CENTER, INC., d/b/a RIPPLING,<br><br>Defendant. | 26cv6410 (DLC)<br><br>ORDER OF REFERENCE TO A MAGISTRATE JUDGE |

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute

_______________

_______________

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_______________

X Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:

_______________

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:

_______________

Dated: New York, New York
August 10, 2026

Denise Cote

DENISE COTE
United States District Judge