UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- X

ANYSOURCE, INC., d/b/a RUNLAYER,

Plaintiff,

-v-

PEOPLE CENTER, INC., d/b/a RIPPLING,

Defendant.

--------------------------------------- X

26cv6410 (DLC)

ORDER

DENISE COTE, District Judge:

Having received plaintiff Runlayer's letter-motion regarding discovery dated August 18, 2026, it is hereby

ORDERED that any opposition from defendant Rippling is due no later than **2:00 p.m. today**, August 19, 2026.

Dated: New York, New York
August 19, 2026

DENISE COTE
United States District Judge