UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

ANYSOURCE, INC., d/b/a RUNLAYER,
Plaintiff,
-v-
PEOPLE CENTER, INC., d/b/a RIPPLING,
Defendant.

---------------------------------------- X

26cv6410 (DLC)

ORDER

DENISE COTE, District Judge:

Having reviewed plaintiff Runlayer's August 18, 2026 letter-motion requesting additional discovery and defendant Rippling's August 19, 2026 opposition, it is hereby

ORDERED that Runlayer's August 18, 2026 letter-motion is denied.

Dated: New York, New York
August 19, 2026

DENISE COTE
United States District Judge