**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANYSOURCE, INC. d/b/a RUNLAYER,

Plaintiff,

v.

PEOPLE CENTER, INC. d/b/a RIPPLING,

Defendant.

Case No. 1:26-CV-06410 (DLC)

ECF Case

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Anysource, Inc. and Defendant People Center, Inc. (the “Parties”), by and through their respective counsel, hereby stipulate and agree to the dismissal with prejudice of all claims asserted in this action, as well as the co-pending arbitration AAA Case No. 01-26-0004-5850.

The Parties also stipulate and agree to the dismissal with prejudice of all claims asserted in *People Center, Inc. v. Anysource, Inc.*, No. 1:26-cv-01007-CFC (D. Del.).

In exchange for these dismissals, no compensation will be paid. Each party shall bear its own costs and attorneys’ fees.

This stipulation, agreed to by all parties, is self-executing and shall be effective immediately upon filing with the Court.

Dated: August 19, 2026

*/s/ Alexander N. Gross*
Alexander N. Gross
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
grossa@sullcrom.com

Andrei Iancu (admitted *pro hac vice*)
Amy E. Proctor (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
iancua@sullcrom.com
proctora@sullcrom.com

*Attorneys for Plaintiff Anysource, Inc.*

*/s/ Joshua L. Simmons*
Joshua L. Simmons
Dale Cendali
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel.: (212) 446-4800
joshua.simmon@kirkland.com
dale.cendali@kirkland.com

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
Tel.: (617) 385-7500
miranda.means@kirkland.com

Ashley Cade
Nick Teleky (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
Tel.: (202) 389-5000
ashley.cade@kirkland.com
nick.teleky@kirkland.com

Eric H. MacMichael (admitted *pro hac vice*)
Benjamin D. Rothstein
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Tel.: (415) 391-5400
emacmichael@keker.com
BRothstein@keker.com

*Attorneys for Defendant People Center, Inc.*